CHARLES D. STODGHILL, *pro hac vice*
Email: stodghillc@sec.gov
GREGORY N. MILLER *pro hac vice*
Email: millergn@sec.gov
Securities and Exchange Commission
Division of Enforcement
100 F. Street, NE
Washington DC 20549-4030A
Telephone:  (202)551-4469 (Miller)
Facsimile:   (202) 772-9245 (Miller)
Attorneys for Plaintiff Securities and Exchange Commission

COURTNEY D. SMITH
Email:  courtneydsmith@gmail.com
Marina Towers, North Tower
4640 Admiralty Way, Suite 800
Marina Del Rey, CA 90292
Voice and fax:  (888) 464-8666
Pro Se Defendant

JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>     vs.<br><br>COURTNEY D. SMITH,<br><br>            Defendant. | Case No.:  CV 05-941 CAS (VBKx)<br><br>**ORDER OF VOLUNTARY DISMISSAL**<br><br>Judge: Hon. Christina A. Snyder |

Based upon the Stipulation of counsel for plaintiff Securities & Exchange Commission and defendant Courtney D. Smith, and good cause appearing therefor;

1   **IT IS HEREBY ORDERED** that the claims of Plaintiff Securities and Exchange
2   Commission against Defendant Courtney D. Smith shall hereby be dismissed with prejudice, with
3   these parties to bear their own costs, disbursements and attorneys' fees and expenses.
4
5   Dated:  March 2, 2009

*Christine A. Snyder* (signature)
_____
6   HON. CHRISTINA A. SNYDER
7   United States District Judge